STATE of Missouri, Respondent–Respondent,

v.

Eugene COUNTS, Defendant–Appellant.

No. 63617.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 7, 1994.

Application to Transfer Denied
May 26, 1994.

Bradley S. Dede, Shaw, Howlett & Knappenberger, Clayton, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

*PER CURIAM.*

Defendant, Eugene Counts, appeals from a judgment of conviction, after a jury trial, for stealing a motor vehicle. He was sentenced as a prior and persistent offender to imprisonment for ten years.

No jurisprudential purpose would be served by a written opinion in this case. The judgment of conviction is affirmed. Rule 30.25(b).